UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL MCHONE,

Plaintiff,

vs.                                             Case No.: 10-60322-CIV-MOORE /SIMONTON

DONALD P HOEKSTRA PLUMBING, INC.,
and DONALD P. HOEKSTRA, individually,
and LORI A. HOEKSTRA, individually,

Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM PURSUANT
TO THE COURT'S MARCH 9, 2010 NOTICE**

Pursuant to the Court's March 9, 2010 Notice, Plaintiff, MICHAEL MCHONE, hereby sets forth a concise statement of his claim as follows:

1) The Plaintiff was employed by Defendants from approximately March 2007, through February 2010. Plaintiff worked approximately 52 hours per week. Plaintiff was paid $18.00 per hour for only 40 hours or less each work week. Plaintiff was paid zero for all hours over 40. Therefore, Plaintiff is owed $32,400.00 (100 weeks x $27.00/hour x 12 hours OT). Plaintiff reserves the right to amend these damages as most of the records are in the possession, custody, or control of Defendants and have not yet been produced to Plaintiff.

2) In addition, Plaintiff is seeking the recovery liquidated damages, as well as all reasonable attorneys' fees and costs incurred in this case pursuant to 29 U.S.C. §216(b).

1

Dated:  March 26, 2010

Respectfully submitted,

s/J. Dennis Card, Jr. _____
J. Dennis Card, Jr.
E-mail:  Dennis@floridaovertimeattorneys.com
Florida Bar No.  0487473
Andrew I. Glenn
E-mail:  Andrew@floridaovertimeattorneys.com
Florida Bar No.:  577261
Card & Glenn, P.A.
2131 Hollywood Boulevard, Suite 405
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff

**CERTIFICATE OF SREVICE**

I HEREBY CERTIFY that on March 26, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/Andrew I Glenn_____
Andrew I. Glenn

2

## **SERVICE LIST**

Plaintiff shall promptly serve a copy of the Court's March 9, 2010 Notice and the Statement of Claim on Defendants' counsel when counsel for the Defendants first appears.